UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TONY CORNELL SLEDGE, | ) | Case No. CV 08-396 GW(JC) |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| DEBRA DEXTER, Warden, | ) | |
| | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: March 26, 2009

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE